IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

VENTEX OPERATING CORP.                                          PLAINTIFF

VS.                                                CAUSE NO. 2:08cv10KS-MTP
DYKES TIMBER CO., INC.,
ROBERT H. DYKES AND DONNA
C. DYKES                                                        DEFENDANTS

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., the Plaintiff hereby serves notice of its dismissal of the Verified Complaint and pending motions in this matter.

Respectfully submitted,

**VENTEX OPERATING CORP.**

By: s/s/Jefferson D. Stewart
   Jefferson D. Stewart

OF COUNSEL:
Jefferson D. Stewart (MSB #7902)
J. Jeffrey Trotter (MSB #9670)
Adams and Reese LLP
P. O. Box 24297
Jackson, MS 39225-4297
Phone: 601/353-3234
Fax: 601/355-9708

## CERTIFICATE OF SERVICE

I, Jefferson D. Stewart, do hereby certify that I have this day caused to be served a true and correct copy of the above and foregoing Notice of Dismissal on W. Terrell Stubbs, Esq., counsel for Defendants, 122 Court Avenue, Mendenhall, MS 39114-0157, via U. S. Mail, postage prepaid, and via electronic mail using the Court's ECF Filing System.

s/s Jefferson D. Stewart
Jefferson D. Stewart

547780-1